1

2

3

4

5 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
6 AT SEATTLE

7 _____
)
8 UNITED STATES OF AMERICA,       )
)       Case No. MC17-0062RSL
9              Plaintiff,       )
v.                     )
10                          )       ORDER
CHRISTOPHER MARK WILLIAMS,      )
11                          )
         Defendant/Judgment Debtor,    )
12                          )
v.                     )
13                          )
ALLIED TRADE GROUP LLC,         )
14                          )
              Garnishee.       )
15 _____)

16
        This matter comes before the Court on defendant/judgment debtor's request for a hearing
17
in the above-captioned garnishment action. Dkt. # 6. In light of defendant/judgment debtor's
18
objections, the Clerk of Court is directed to give this matter a civil action number and assign it in
19
rotation. Pursuant to 28 U.S.C. § 3202(d) and § 3205(c)(5), the requested hearing is to be held as
20
soon as practicable. The Writ of Garnishment shall remain in effect during the pendency of this
21
action, but judgment shall not be entered absent further order of the Court.
22

23
        Dated this 11th day of July, 2017.
24

25                          _____
                              Robert S. Lasnik
26                            United States District Judge

ORDER