UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER MARK WILLIAMS,

    Defendant/Judgment Debtor,

v.

ALLIED TRADE GROUP LLC,

    Garnishee,

v.

LOWE'S COMPANIES, INC.,

    Garnishee

C17-1048 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties are hereby NOTIFIED that Defendant Chris Mark Williams' September 22, 2017, letter to the Court, docket no. 12, will be treated as a response to the United States' Motion to Issue Continuing Garnishee Order, docket no. 10 (the "Motion"). The Motion is RENOTED to Friday, November 17, 2017. The government's reply, if any, is due on or before the new noting date.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of November, 2017.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk