The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:17-CV-01048-TSZ |
| Plaintiff, | (2:06-CR-00415-RSL-1) |
| v. | **Order Granting Motion to Issue Continuing Garnishee Order** |
| CHRISTOPHER MARK WILLIAMS, | |
| Defendant/Judgment Debtor, | |
| and | |
| ALLIED TRADE GROUP, LLC, | |
| Garnishee, | |
| LOWE'S COMPANIES, INC., | |
| Garnishee. | |

THIS MATTER comes before the Court on the United States' Motion to Issue Continuing Garnishee Order, docket no. 10, (the "motion"). For the reasons stated herein, the motion is GRANTED.

A Writ of Continuing Garnishment, directed to Garnishee, Allied Trade Group, LLC, aka Lowe's Companies, Inc. (Allied Trade Group), docket no. 3, has been duly issued and served upon the Garnishee. Pursuant to the Writ,

**ORDER GRANTING MOTION TO ISSUE
CONTINUING GARNISHEE ORDER** (*USA v. Christopher
Mark Williams and Allied Trade Group, LLC & Lowe's Companies, Inc.*,
Court Nos. 2:17-cv-01048-TSZ & 2:06-cr-00415-RSL-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Garnishee Allied Trade Group filed an Answer on July 17, 2017, docket no. 8, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Christopher Mark Williams (Mr. Williams), was an active employee who was paid bi-weekly.

After notification of the garnishment proceeding was mailed to the parties on or about June 29, 2017, the Defendant/Judgment Debtor requested a hearing, which was subsequently denied by Judge Zilly on August 14, 2017.

THEREFORE, having considered the motion, Mr. Williams' letter to the Court, docket no. 12, which the Court treats as a response to the motion, *see* docket no. 14, and the United States' reply, docket no. 15, the Court orders as follows:

That the Garnishee, Allied Trade Group, shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Defendant/Judgment Debtor Christopher Mark Williams, upon each period of time when Defendant/Judgment Debtor Williams is entitled to receive such funds, and shall continue said payments, if any, until Defendant/Judgment Debtor Williams' debt is paid in full or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to the Defendant/Judgment Debtor or until further order of this Court. This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

**ORDER GRANTING MOTION TO ISSUE
CONTINUING GARNISHEE ORDER** (*USA v. Christopher Mark Williams and Allied Trade Group, LLC & Lowe's Companies, Inc.*,
Court Nos. 2:17-cv-01048-TSZ & 2:06-cr-00415-RSL-1) **- 2**

**UNITED STATES ATTORNEY'S OFFICE**
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

That such payments shall be applied to Defendant/Judgment Debtor Williams' outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:06-CR-00415-RSL-1 and 2:17-CV-01048-TSZ, and to deliver such payment either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

DATED this 1st day of December, 2017.

_____
Thomas S. Zilly
United States District Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

**ORDER GRANTING MOTION TO ISSUE
CONTINUING GARNISHEE ORDER** (*USA v. Christopher
Mark Williams and Allied Trade Group, LLC & Lowe's Companies, Inc.,*
**Court Nos. 2:17-cv-01048-TSZ & 2:06-cr-00415-RSL-1) - 3**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970