The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER MARK WILLIAMS,<br><br>    Defendant/Judgment Debtor,<br><br>and<br><br>ALLIED TRADE GROUP, LLC,<br><br>    Garnishee,<br><br>LOWE'S COMPANIES, INC.,<br><br>    Garnishee. | NO. 2:17-CV-01048-TSZ<br><br>(2:06-CR-0415-1)<br><br>**Order Terminating Garnishment Proceeding** |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding, docket no. 20. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Christopher Mark Williams and Allied Trade Group, LLC, Lowe's Companies, Inc.*, USDC#: -2:17-CV-01048-TSZ/2:06-CR-00415-RSL-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

1  IT IS ORDERED that the garnishment is terminated and that Allied Trade Group, LLC and Lowe's Companies, Inc. are relieved of further responsibility pursuant to this garnishment.

DATED this 18th day of October, 2019.

_____
Thomas S. Zilly
United States District Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

**ORDER TERMINATING GARNISHMENT PROCEEDING**
(*USA v. Christopher Mark Williams and Allied Trade Group, LLC, Lowe's Companies, Inc.*, USDC#: -2:17-CV-01048-TSZ/2:06-CR-00415-RSL-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970