UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER MARK WILLIAMS,

    Defendant/Judgment Debtor,

v.

ALLIED TRADE GROUP, LLC,

    Garnishee,

v.

LOWE'S COMPANIES, INC.,

    Garnishee.

C17-1048 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    On October 18, 2019, the Court issued an Order, docket no. 21, in this matter, terminating garnishment and relieving Allied Trade Group, LLC and Lowe's Companies, Inc. of further responsibility pursuant to garnishment. A copy of the Order was mailed to defendant Christopher Mark Williams pro se at 5707 – 131 St Pl SE, Snohomish, WA 98296. On November 1, 2019, the envelope containing the Order was returned to the Court marked undeliverable. *See* docket no. 22. The Court is aware of

MINUTE ORDER - 1

information indicating that defendant pro se is at the following address: 6113 S Ryan St. Seattle, WA 98178.  The Clerk is therefore DIRECTED to mail another copy of the Order, docket no. 21, to defendant pro se at his new address.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of November, 2019.

>William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2